UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                           **Plaintiff,**<br><br>                v.<br><br>HENRY PAUL REGAN, JR.<br><br>                           **Defendant.** | 25-CV-7343 |

## NOTICE OF RELATED CASE

PLEASE TAKE NOTICE that the above referenced action is related to a pending action filed in the Southern District of New York. For purpose of convenience to the administration of the Court, Plaintiff Securities and Exchange Commission identifies the following related case, which is assigned to the Honorable Valerie E. Caproni:

**United States v. Henry Paul Regan,** 1:25-cr-183-VEC

Dated: September 4, 2025
                                            Respectfully submitted,

                                            s/ Christopher R, Kelly
                                            Christopher R. Kelly

                                            Attorney for Plaintiff
                                            U.S. Securities and Exchange Commission
                                            Philadelphia Regional Office
                                            1617 JFK Boulevard, Suite 520
                                            Philadelphia, PA 19103
                                            Telephone: (215) 597-3100
                                            Facsimile: (215) 597-2740
                                            KellyCR@sec.gov