UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
:
                Plaintiff,  :
:
           v.  :    Civil Action
:    No. 25-cv-7343 (MMG)
:
HENRY PAUL REGAN, JR.,  :    ~~PROPOSED~~ ORDER
:
                Defendant.  :
------------------------------------------------------------------x

      WHEREAS, on October 17, 2025, the Government submitted a motion seeking to intervene in this action and to stay this matter in its entirety in light of the pendency of the parallel criminal action *United States v. Regan*, 25 Cr. 183 (VEC) (the "Criminal Case"), in which an indictment has been returned; and

      WHEREAS, defendant Henry Paul Regan Jr. does not object to the stay of this matter in its entirety;

      WHEREAS, the Securities and Exchange Commission ("SEC") does not object to the Government's request to stay this matter in its entirety;

      WHEREAS, the Court finds that a stay of this matter in its entirety is in furtherance of the interests of justice and will not prejudice any party; and

      WHEREAS, a stay in this matter does not prevent the parties from proposing a consent judgment to the Court and does not preclude the Court's entry of any proposed consent judgment; it is hereby

      **ORDERED** that the Government's motion to intervene is GRANTED.  It is further

      **ORDERED** that this matter is stayed in its entirety until the completion of the Criminal Case.  It is further

**ORDERED** that the stay of this action does not prevent the parties from proposing a consent judgment to the Court and does not preclude the Court's entry of any proposed consent judgment.

SO ORDERED.

_____                    _____
HONORABLE MARGARET M. GARNETT                          DATE
UNITED STATES DISTRICT JUDGE

It is further ORDERED that all deadlines and conferences in this matter are STAYED pending the resolution of the parallel criminal matter. Additionally, Plaintiff the SEC is ORDERED to file a status update with the Court within fourteen (14) days of the entry of a final judgment in the parallel criminal case. The update must include a statement regarding whether the SEC intends to continue pursuing this action and a recommendation concerning next steps, if any. The Clerk of Court is respectfully directed to terminate Dkt. No. 9.

SO ORDERED. Dated October 21, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE